# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JUDGE COX | Hearing Date | August 20, 2018 |
| Bankruptcy Case No. | 18-20882 | Adversary No. | |
| Title of Case | In re: Sabra Daniels | | |

**Brief Statement of Motion:** Motion to Impose Stay

**Names and Addresses of moving counsel:** Michael R. Colter, II
David M. Siegel & Associates, LLC, 790 Chaddick Dr., Wheeling IL 60090

**Representing:** Sabra Daniels

## ORDER

It is so ORDERED:

1) The Motion to Extend Stay is Granted.

2) The stay of protection will remain in place until the court orders otherwise.

OCT 29 2018

*Jacqueline P. Cox*
J. Cox

6/11/99